# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date   01/21/2019
Period End Date    02/03/2019
Pay Date           02/08/2019
Document           9143700
Net Pay            $1,514.12

## Pay Details

| Kelly A McIntyre | Employee Number A204886 | Pay Group AET01 | Federal Income Tax M 0 |
|---|---|---|---|
| 29 Holly Dr | SSN | Location 460502-HORSHAM | PA State Income Tax (Residence) S 0 |
| Hatboro, PA 19040 | Job Ind/Outb Queue Assoc | Department 31144 - CS Precert BB Calls A | PA State Income Tax (Work) S 0 |
| USA | Pay Rate $21.1000 | Cost Center 14163 - CS Precert NonClinical | |
| | Pay Frequency Biweekly | Team 728150 - A728150 | |
| | | Hier Class DOM - Domestic Employee | |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday Worked | 01/21/2019 | 01/27/2019 | 7.5000 | $31.6500 | $237.38 | $237.38 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.5x | 01/21/2019 | 01/27/2019 | 11.0000 | $31.6500 | $348.15 | |
| Overtime 1.5x | 01/28/2019 | 02/03/2019 | 11.5300 | $31.6500 | $364.92 | $760.55 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $506.40 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $43.76 |
| Regular Pay | 01/21/2019 | 01/27/2019 | 32.5000 | $21.1000 | $685.75 | |
| Regular Pay | 01/28/2019 | 02/03/2019 | 40.0000 | $21.1000 | $844.00 | $4,399.35 |
| Term Life Ins | | | | | $0.43 | $1.29 |

Total Hours 102.5300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Catch-up | Yes | $5.00 | $15.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.30 | $258.90 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $198.42 | $472.30 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $31.14 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $29.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $47.10 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $469.50 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $117.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $1.29 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $181.97 | $388.72 |
| Employee Medicare | $33.32 | $79.31 |
| Social Security Employees Tax | $142.48 | $334.86 |
| PA State Income Tax | $70.54 | $165.77 |
| HORSHAM | $22.98 | $54.00 |
| HORSHAM TWP | $2.00 | $6.00 |
| PA Unemployment Employee | $1.49 | $3.57 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $1,514.12 |
| Total | | $1,514.12 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,480.63 | $2,094.63 | $454.78 | $511.73 | $1,514.12 |
| YTD | $6,748.75 | $4,913.71 | $1,031.23 | $2,241.23 | $3,476.29 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

Pay Statement
Period Start Date  02/04/2019
Period End Date   02/17/2019
Pay Date          02/22/2019
Document          9186978
Net Pay           $1,857.66

## Pay Details

Kelly A McIntyre
29 Holly Dr
Hatboro, PA 19040
USA

Employee Number  A204886
SSN
Job              ...Quote Assoc
Pay Rate         $21.1000
Pay Frequency    Biweekly

Pay Group    AET01
Location     460502-HORSHAM
Department   31144 - CS Precert BB Calls A
Cost Center  14163 - CS Precert NonClinical
Team         728150 - A728150
Hier Class   DOM - Domestic Employee

Federal Income Tax                M 0
PA State Income Tax (Residence)   S 0
PA State Income Tax (Work)        S 0

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $237.38 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.5x | 02/04/2019 | 02/10/2019 | 29.7500 | $31.6500 | $941.59 | |
| Overtime 1.5x | 02/11/2019 | 02/17/2019 | 10.9700 | $31.6500 | $347.20 | $2,049.34 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $506.40 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $43.76 |
| Regular Pay | 02/04/2019 | 02/10/2019 | 40.0000 | $21.1000 | $844.00 | |
| Regular Pay | 02/11/2019 | 02/17/2019 | 40.0000 | $21.1000 | $844.00 | $6,087.35 |
| Term Life Ins | | | | | $0.43 | $1.72 |

Total Hours 120.7200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Catch-up | Yes | $5.00 | $20.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.30 | $345.20 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $238.14 | $710.44 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $41.52 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $29.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $62.80 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $626.00 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $156.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $1.72 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $236.80 | $626.52 |
| Employee Medicare | $40.53 | $118.84 |
| Social Security Employee Tax | $173.27 | $508.13 |
| PA State Income Tax | $85.78 | $251.55 |
| HORSHAM | $27.94 | $81.94 |
| HORSHAM TWP | $2.00 | $8.00 |
| PA Unemployment Employee | $1.79 | $5.36 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $1,857.66 |
| Total | | $1,857.66 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,977.22 | $2,551.50 | $568.11 | $551.45 | $1,857.66 |
| YTD | $9,725.87 | $7,465.21 | $1,599.34 | $2,792.68 | $5,333.95 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date  02/16/2019
Period End Date    03/03/2019
Pay Date           03/08/2019
Document           9241761
Net Pay            $947.68

## Pay Details

| | | |
|---|---|---|
| Kelly A McIntyre | Employee Number A204886 | Pay Group AET01 |
| 29 Holly Dr | SSN | Location 460502-HORSHAM |
| Hatboro, PA 19040 | Job   Ind/Grp Quote Assoc | Department 31144 - CS Precert BB Calls A |
| USA | Pay Rate 521.1000 | Cost Center 14183 - CS Precert NonClinical |
| | Pay Frequency Biweekly | Team 728150 - A728150 |
| | | Hier Class DOM - Domestic Employee |

Federal Income Tax  M 0
PA State Income Tax (Residence)  S 0
PA State Income Tax (Work)  S 0

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PIP | 03/01/2019 | 03/08/2019 | | | $1,580.00 | $1,580.00 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $237.38 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.5x | | | 0.0000 | $0.0000 | $0.00 | $2,223.42 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $506.40 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $43.78 |
| Regular Pay | | | 0.0000 | $0.0000 | $0.00 | $7,775.35 |
| Term Life Ins | | | 0.0000 | $0.0000 | $0.00 | $2.15 |

Total Hours  0.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Catch-up | Yes | $0.00 | $25.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $0.00 | $431.50 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $126.40 | $985.81 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $0.00 | $51.80 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $29.00 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $78.50 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $782.50 | $0.00 | $0.00 |
| Spouse TermLife | No | $0.00 | $195.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.00 | $2.15 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $319.79 | $1,059.04 |
| Employee Medicare | $22.91 | $166.11 |
| Social Security Employee Tax | $97.96 | $710.25 |
| PA State Income Tax | $48.51 | $351.62 |
| HORSHAM | $15.80 | $114.54 |
| HORSHAM TWP | $0.00 | $10.00 |
| PA Unemployment Employee | $0.95 | $7.43 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $947.68 |
| Total | | $947.68 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,580.00 | $1,453.60 | $505.92 | $126.40 | $947.68 |
| YTD | $13,168.48 | $10,444.77 | $2,418.99 | $3,381.36 | $7,368.13 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 03/04/2019
Period End Date 03/17/2019
Pay Date 03/22/2019
Document 999999
Net Pay $0.00

## Pay Details

| | | |
|---|---|---|
| Kelly A McIntyre | Employee Number A204888 | Pay Group AET01 |
| 29 Holly Dr | SSN | Location 460502-HORSHAM |
| Hatboro, PA 19040 | Job Inb/Outb Queue Assoc | Department 31144 - CS Precert BB Calls A |
| USA | Pay Rate $21.1000 | Cost Center 14163 - CS Precert NonClinical |
| | Pay Frequency Biweekly | Team 728150 - A728150 |
| | | Hier Class DOM - Domestic Employee |

## Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current |
|---|---|---|---|---|---|---|---|
| Term Life Ins | | | | | 0.0000 | $0.0000 | $0.00 |
| HSA Employer Co | | | | | 0.0000 | $0.0000 | $0.00 |
| Overtime 1.0 | | | | | 0.0000 | $0.0000 | $0.00 |
| Holiday Worked | | | | | 0.0000 | $0.0000 | $0.00 |
| Overtime 1.5x | | | | | 0.0000 | $0.0000 | $0.00 |
| Health PIP | | | | | 0.0000 | $0.0000 | $0.00 |
| Recognition Awd | 2 | Inb/Outb Queue Assoc | 02/22/2019 | 03/01/2019 | 0.0000 | $0.0000 | $43.78 |
| PTO | | | | | 0.0000 | $0.0000 | $0.00 |
| Regular Pay | | | | | 0.0000 | $0.0000 | $0.00 |

Total Hours 0.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| 401k Catch-up | Yes | $0.00 | $30.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $0.00 | $517.80 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $0.00 | $1,124.85 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $0.00 | $62.28 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $94.20 | $0.00 | $0.00 |
| Term Life Ins | No | $0.00 | $2.58 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $939.00 | $0.00 | $0.00 |
| Spouse TermLife | No | $0.00 | $234.00 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $29.00 | $58.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $0.63 | $189.30 |
| HORSHAM TWP | $0.00 | $12.00 |
| PA State Income Tax | $1.34 | $400.71 |
| Social Security Employee Tax | $2.71 | $809.42 |
| PA Unemployment Employee | $0.03 | $8.50 |
| Federal Income Tax | $9.63 | $1,168.70 |
| HORSHAM | $0.44 | $130.53 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 03/04/2019
Period End Date 03/17/2019
Pay Date 03/22/2019
Document 9306725
Net Pay $1,000.70

## Pay Details

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Kelly A McIntyre | | Employee Number | A204886 | Pay Group | AET01 | Federal Income Tax | M 0 |
| 26 Holly Dr | | SSN | 20... | Location | 460502-HORSHAM | PA State Income Tax (Residence) | S 0 |
| Hatboro, PA 19040 | | Job | Inb... Queue Assoc | Department | 31144 - CS Precert BB Cells A | PA State Income Tax (Work) | S 0 |
| USA | | Pay Rate | $21.1000 | Cost Center | 14163 - CS Precert NonClinical | | |
| | | Pay Frequency | Biweekly | Team | 728150 - A728150 | | |
| | | | | Hier Class | DOM - Domestic Employee | | |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PIP | | | 0.0000 | $0.0000 | $0.00 | $1,560.00 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $237.38 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | 03/04/2019 | 03/10/2019 | 1.0000 | $21.1000 | $21.10 | $21.10 |
| Overtime 1.5x | 03/04/2019 | 03/10/2019 | 1.5800 | $31.6500 | $50.01 | $2,273.43 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $506.40 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $43.78 |
| Regular Pay | 03/04/2019 | 03/10/2019 | 39.0000 | $21.1000 | $822.90 | |
| Regular Pay | 03/11/2019 | 03/17/2019 | 40.0000 | $21.1000 | $844.00 | $9,442.25 |
| Term Life Ins | | | | | $0.43 | $2.58 |

Total Hours 81.5800

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Catch-up | Yes | $5.00 | $30.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.30 | $517.80 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $139.04 | $1,124.85 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $62.28 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $29.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $94.20 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $939.00 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $234.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $2.58 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $100.03 | $1,159.07 |
| Employee Medicare | $22.56 | $188.67 |
| Social Security Employee Tax | $96.46 | $806.71 |
| PA State Income Tax | $47.75 | $399.37 |
| HORSHAM | $15.55 | $130.09 |
| HORSHAM TWP | $2.00 | $12.00 |
| PA Unemployment Employee | $1.04 | $8.47 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $1,000.70 |
| Total | | $1,000.70 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,738.44 | $1,411.82 | $285.39 | $452.35 | $1,000.70 |
| YTD | $14,606.92 | $11,856.59 | $2,704.38 | $3,633.71 | $8,368.83 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 03/18/2019
Period End Date 03/31/2019
Pay Date 04/05/2019
Document 9349486
Net Pay $966.06

## Pay Details

Kelly A McIntyre
29 Holly Dr
Hatboro, PA 19040
USA

| | |
|---|---|
| Employee Number | A204886 |
| SSN | |
| Job | Inbound Queue Assoc |
| Pay Rate | $21.1000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Group | AET01 |
| ation | 460502-HORSHAM |
| Department | 31144 - CS Precert BB Calls A |
| Cost Center | 14163 - CS Precert NonClinical |
| Team | 728150 - A728150 |
| Hier Class | DOM - Domestic Employee |

| | | |
|---|---|---|
| Federal Income Tax | M | 0 |
| PA State Income Tax (Residence) | S | 0 |
| PA State Income Tax (Work) | S | 0 |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PJP | | | 0.0000 | $0.0000 | $0.00 | $1,580.00 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $237.38 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | | | 0.0000 | $0.0000 | $0.00 | $2,273.43 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $506.40 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 03/18/2019 | 03/24/2019 | 40.0000 | $21.1000 | $844.00 | |
| Regular Pay | 03/25/2019 | 03/31/2019 | 40.0000 | $21.1000 | $844.00 | $11,130.25 |
| Term Life Ins | | | | | $0.43 | $3.01 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Catch-up | Yes | $5.00 | $35.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.30 | $604.10 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $135.04 | $1,259.89 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $72.66 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $56.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $109.90 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $1,095.50 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $273.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $3.01 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $94.51 | $1,263.21 |
| Employee Medicare | $21.84 | $211.14 |
| Social Security Employee Tax | $93.37 | $902.79 |
| PA State Income Tax | $46.22 | $446.93 |
| HORSHAM | $15.05 | $145.58 |
| HORSHAM TWP | $2.00 | $14.00 |
| PA Unemployment Employee | $1.01 | $9.51 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $966.06 |
| Total | | $966.06 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,688.43 | $1,365.61 | $274.00 | $448.35 | $966.08 |
| YTD | $16,639.13 | $13,266.18 | $2,993.16 | $4,311.06 | $9,334.91 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 04/01/2019
Period End Date 04/14/2019
Pay Date 04/19/2019
Document 9391054
Net Pay $1,163.04

## Pay Details

Kelly A McIntyre
29 Holly Dr
Hatboro, PA 19040
USA

Employee Number A204886
SSN 2
Job Inb/Outb Queue Assoc
Pay Rate $21.5300
Pay Frequency Biweekly

Pay Group AET01
Location 460502-HORSHAM
Department 31144 - CS Precert BB Calls A
Cost Center 14163 - CS Precert NonClinical
Team 728150 - A728150
Hier Class DOM - Domestic Employee

Federal Income Tax  M 0
PA State Income Tax (Residence) S 0
PA State Income Tax (Work) S 0

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PIP | | | 0.0000 | $0.0000 | $0.00 | $1,560.00 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $237.38 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | 04/01/2019 | 04/07/2019 | 1.3200 | $32.2950 | $42.63 | |
| Overtime 1.5x | 04/08/2019 | 04/14/2019 | 6.4300 | $32.2950 | $207.66 | $2,523.72 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $506.40 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 04/01/2019 | 04/07/2019 | 40.0000 | $21.5300 | $861.20 | |
| Regular Pay | 04/08/2019 | 04/14/2019 | 40.0000 | $21.5300 | $861.20 | $12,652.65 |
| Term Life Ins | | | | | $0.43 | $3.44 |

Total Hours 87.7500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Catch-up | Yes | $5.00 | $40.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.30 | $690.40 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $157.22 | $1,417.71 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $83.04 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $56.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $125.60 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $1,252.00 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $312.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $3.44 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $125.94 | $1,388.15 |
| Employee Medicare | $25.96 | $237.10 |
| Social Security Employee Tax | $111.01 | $1,013.80 |
| PA State Income Tax | $54.86 | $501.89 |
| HORSHAM | $17.90 | $163.48 |
| HORSHAM TWP | $2.00 | $16.00 |
| PA Unemployment Employee | $1.18 | $10.69 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $1,163.04 |
| Total | | $1,163.04 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,973.12 | $1,627.72 | $338.95 | $471.13 | $1,163.04 |
| YTD | $18,612.25 | $14,893.90 | $3,332.11 | $4,782.19 | $10,497.95 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

Pay Statement
Period Start Date 04/15/2019
Period End Date 04/28/2019
Pay Date 05/03/2019
Document 9434263
Net Pay $997.33

## Pay Details

Kelly A McIntyre
26 Holly Dr
Hatboro, PA 19040
USA

| Employee Number | A204886 |
| --- | --- |
| SSN | |
| Job | Inb/Outb Queue Assoc |
| Pay Rate | $21.5300 |
| Pay Frequency | Biweekly |

| Pay Group | AET01 |
| --- | --- |
| Location | 460502-HORSHAM |
| Department | 31144 - CS Precert BB Cells A |
| Cost Center | 14163 - CS Precert NonClinical |
| Team | 728150 - A728150 |
| Hier Class | DOM - Domestic Employee |

| Federal Income Tax | M 0 |
| --- | --- |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| Health PIP | | | 0.0000 | $0.0000 | $0.00 | $1,560.00 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $237.36 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.19 |
| Overtime 1.5x | | | 0.0000 | $0.0000 | $0.00 | $2,623.72 |
| PTO | 04/22/2019 | 04/28/2019 | 0.5000 | $21.5300 | $10.76 | $517.16 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 04/15/2019 | 04/21/2019 | 40.0000 | $21.5300 | $861.20 | |
| Regular Pay | 04/22/2019 | 04/28/2019 | 40.0000 | $21.5300 | $861.20 | $14,575.05 |
| Term Life Ins | | | | | $0.43 | $3.87 |

Total Hours 80.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| 401k Catch-up | Yes | $5.00 | $45.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $56.30 | $776.70 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $136.65 | $1,556.36 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $93.42 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $55.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $141.30 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $1,408.50 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $351.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $3.87 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $99.50 | $1,488.65 |
| Employee Medicare | $22.49 | $259.59 |
| Social Security Employee Tax | $96.16 | $1,109.96 |
| PA State Income Tax | $47.60 | $549.49 |
| HORSHAM | $15.51 | $178.99 |
| HORSHAM TWP | $2.00 | $18.00 |
| PA Unemployment Employee | $1.04 | $11.73 |

## Paid Time Off

| Plan | Taken | Current | Balance |
| --- | --- | --- | --- |
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxx0854 | Checking | $997.33 |
| Total | | $997.33 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $1,733.59 | $1,407.36 | $284.30 | $451.96 | $997.33 |
| YTD | $20,345.84 | $16,301.26 | $3,616.41 | $5,234.15 | $11,495.28 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 04/29/2019
Period End Date 05/12/2019
Pay Date 05/17/2019
Document 9476725
Net Pay $989.89

## Pay Details

| | | | |
|---|---|---|---|
| Kelly A McIntyre | Employee Number A204886 | Pay Group AET01 | Federal Income Tax M 0 |
| 26 Holly Dr | SSN | Location 460502-HORSHAM | PA State Income Tax (Residence) S 0 |
| Hatboro, PA 19040 | Job Inbound Queue Assoc | Department 31144 - CS Precert BB Calls A | PA State Income Tax (Work) S 0 |
| USA | Pay Rate $21.5300 | Cost Center 14163 - CS Precert NonClinical | |
| | Pay Frequency Biweekly | Team 728150 - A728150 | |
| | | Hier Class DOM - Domestic Employee | |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PIP | | | 0.0000 | $0.0000 | $0.00 | $1,560.00 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $237.36 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | | | 0.0000 | $0.0000 | $0.00 | $2,523.72 |
| PTO | 05/06/2019 | 05/12/2019 | 8.0000 | $21.5300 | $172.24 | $689.40 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 04/29/2019 | 05/05/2019 | 40.0000 | $21.5300 | $861.20 | |
| Regular Pay | 05/06/2019 | 05/12/2019 | 32.0000 | $21.5300 | $688.96 | $16,125.21 |
| Term Life Ins | | | | | $0.43 | $4.30 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Catch-up | Yes | $5.00 | $50.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.30 | $863.00 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $137.79 | $1,694.15 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $103.80 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $58.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $157.00 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $1,565.00 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $390.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $4.30 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $98.31 | $1,586.96 |
| Employee Medicare | $22.33 | $261.92 |
| Social Security Employee Tax | $95.50 | $1,205.46 |
| PA State Income Tax | $47.27 | $596.76 |
| HORSHAM | $15.40 | $194.39 |
| HORSHAM TWP | $2.00 | $20.00 |
| PA Unemployment Employee | $1.03 | $12.76 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0654 | Checking | $989.89 |
| Total | | $989.89 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,722.83 | $1,397.46 | $281.84 | $451.10 | $989.89 |
| YTD | $22,066.67 | $17,698.72 | $3,898.25 | $5,685.25 | $12,485.17 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 05/13/2019
Period End Date 05/26/2019
Pay Date 05/31/2019
Document 9520353
Net Pay $1,239.65

## Pay Details

| | | | |
|---|---|---|---|
| Kelly A McIntyre | Employee Number A204886 | Pay Group AET01 | Federal Income Tax M 0 |
| 29 Holly Dr | SSN | Location 460502-HORSHAM | PA State Income Tax (Residence) S 0 |
| Hatboro, PA 19040 | Job [illegible] Queue Assoc | Department 31144 - CS Precert BB Cells A | PA State Income Tax (Work) S 0 |
| USA | Pay Rate $21.5300 | Cost Center 14163 - CS Precert NonClinical | |
| | Pay Frequency Biweekly | Team 728150 - A728150 | |
| | | Hier Class DOM - Domestic Employee | |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PIP | | | 0.0000 | $0.0000 | $0.00 | $1,560.00 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $237.36 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | | | 0.0000 | $0.0000 | $0.00 | $2,523.72 |
| PTO | 05/20/2019 | 05/26/2019 | 24.0000 | $21.5300 | $516.72 | $1,206.12 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $67.56 |
| Regular Pay | 05/13/2019 | 05/19/2019 | 39.0000 | $21.5300 | $839.67 | |
| Regular Pay | 05/20/2019 | 05/26/2019 | 16.0000 | $21.5300 | $344.48 | $17,309.36 |
| Term Life Ins | | | 0.0000 | $0.0000 | $0.00 | $4.30 |

Total Hours 79.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Catch-up | Yes | $5.00 | $55.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $0.00 | $863.00 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $136.07 | $1,830.22 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $0.00 | $103.80 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $56.00 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $157.00 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $1,565.00 | $0.00 | $0.00 |
| Spouse TermLife | No | $0.00 | $390.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.00 | $4.30 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $117.79 | $1,704.75 |
| Employee Medicare | $24.66 | $306.58 |
| Social Security Employee Tax | $105.45 | $1,310.91 |
| PA State Income Tax | $52.22 | $648.98 |
| HORSHAM | $17.01 | $211.40 |
| HORSHAM TWP | $2.00 | $22.00 |
| PA Unemployment Employee | $1.02 | $13.76 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $1,239.65 |
| Total | | $1,239.65 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,700.87 | $1,559.80 | $320.15 | $141.07 | $1,239.65 |
| YTD | $23,769.54 | $19,258.52 | $4,218.40 | $5,826.32 | $13,724.82 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 05/27/2019
Period End Date 06/09/2019
Pay Date 06/14/2019
Document 9565905
Net Pay $1,213.29

## Pay Details

Kelly A McIntyre
29 Holly Dr
Hatboro, PA 19040
USA

| Employee Number | A204886 |
| --- | --- |
| SSN | |
| Job | In/Out Queue Assoc |
| Pay Rate | $21.5300 |
| Pay Frequency | Biweekly |

| Pay Group | AET01 |
| --- | --- |
| Location | 460502-HORSHAM |
| Department | 31144 - CS Precert BB Calls A |
| Cost Center | 14163 - CS Precert NonClinical |
| Team | 728150 - A728150 |
| Hier Class | DOM - Domestic Employee |

| Federal Income Tax | M 0 |
| --- | --- |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- |
| Health PIP | | | 0.0000 | $0.0000 | $0.00 | $1,580.00 |
| Holiday Pay | 05/27/2019 | 06/02/2019 | 8.0000 | $21.5300 | $172.24 | $172.24 |
| Holiday Worked | 05/27/2019 | 06/02/2019 | 8.0000 | $32.2950 | $258.36 | $495.74 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | | | 0.0000 | $0.0000 | $0.00 | $2,523.72 |
| PTO | 06/03/2019 | 06/09/2019 | 16.0000 | $21.5300 | $344.48 | $1,550.60 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 05/27/2019 | 06/02/2019 | 32.0000 | $21.5300 | $688.96 | |
| Regular Pay | 06/03/2019 | 06/09/2019 | 27.0000 | $21.5300 | $581.31 | $18,579.63 |
| Term Life Ins | | | | | $0.43 | $4.73 |

Total Hours 91.0000

## Deductions

| | | Employee | | Employer | |
| --- | --- | --- | --- | --- | --- |
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Catch-up | Yes | $5.00 | $60.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.30 | $949.30 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $163.63 | $1,993.65 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $114.19 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $58.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $172.70 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $1,721.50 | $0.00 | $0.00 |
| Spouse TermLife | No | $38.00 | $429.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $4.73 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $133.95 | $1,838.71 |
| Employee Medicare | $27.02 | $333.60 |
| Social Security Employee Tax | $115.52 | $1,426.43 |
| PA State Income Tax | $57.19 | $706.17 |
| HORSHAM | $18.63 | $230.03 |
| HORSHAM TWP | $2.00 | $24.00 |
| PA Unemployment Employee | $1.23 | $15.01 |

## Paid Time Off

| Plan | Taken | Current | Balance |
| --- | --- | --- | --- |
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxx0854 | Checking | $1,213.29 |
| Total | | $1,213.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $2,045.78 | $1,694.57 | $355.55 | $476.94 | $1,213.29 |
| YTD | $25,815.32 | $20,953.09 | $4,573.95 | $6,303.26 | $14,938.11 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

Pay Statement
Period Start Date 06/10/2019
Period End Date 06/23/2019
Pay Date 06/28/2019
Document 9608107
Net Pay $1,360.87

## Pay Details

Kelly A McIntyre
29 Holly Dr
Hatboro, PA 19040
USA

Employee Number A204866
SSN
Job ... Auth Queue Assoc
Pay Rate $21.5300
Pay Frequency Biweekly

Pay Group AET01
Location 460502-HORSHAM
Department 31144 - CS Precert BB Calls A
Cost Center 14163 - CS Precert NonClinical
Team 728150 - A728150
Hier Class DOM - Domestic Employee

Federal Income Tax M 0
PA State Income Tax (Residence) S 0
PA State Income Tax (Work) S 0

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PJP | | | 0.0000 | $0.0000 | $0.00 | $1,580.00 |
| Holiday Pay | | | 0.0000 | $0.0000 | $0.00 | $172.24 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $495.74 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | 06/10/2019 | 06/16/2019 | 7.5000 | $32.2950 | $242.21 | |
| Overtime 1.5x | 06/17/2019 | 06/23/2019 | 10.0000 | $32.2950 | $322.95 | $3,088.88 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $1,550.60 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 06/10/2019 | 06/16/2019 | 40.0000 | $21.5300 | $861.20 | |
| Regular Pay | 06/17/2019 | 06/23/2019 | 40.0000 | $21.5300 | $861.20 | $20,302.03 |
| Term Life Ins | | | | | $0.43 | $5.16 |

Total Hours 97.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Catch-up | Yes | $5.00 | $65.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.30 | $1,035.60 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $183.00 | $2,176.85 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $124.56 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $56.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $188.40 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $1,878.00 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $468.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $5.16 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $160.70 | $1,999.41 |
| Employee Medicare | $30.53 | $364.13 |
| Social Security Employee Tax | $130.54 | $1,556.97 |
| PA State Income Tax | $64.62 | $770.79 |
| HORSHAM | $21.05 | $251.08 |
| HORSHAM TWP | $2.00 | $25.00 |
| PA Unemployment Employee | $1.37 | $16.38 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $1,360.87 |
| Total | | $1,360.87 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,287.99 | $1,917.41 | $410.81 | $496.31 | $1,360.87 |
| YTD | $26,103.31 | $22,870.50 | $4,984.76 | $6,799.57 | $16,318.98 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 06/24/2019
Period End Date 07/07/2019
Pay Date 07/12/2019
Document 9650599
Net Pay $955.75

## Pay Details

| Kelly A McIntyre | Employee Number A204886 | Pay Group AET01 | Federal Income Tax M 0 |
|---|---|---|---|
| 29 Holly Dr | SSN | Location 460502-HORSHAM | PA State Income Tax (Residence) S 0 |
| Hatboro, PA 19040 | Job Inb/Outb Queue Assoc | Department 31144 - CS Precert BB Calls A | PA State Income Tax (Work) S 0 |
| USA | Pay Rate 521.5300 | Cost Center 14163 - CS Precert NonClinical | |
| | Pay Frequency Biweekly | Team 728150 - A728150 | |
| | | Hier Class DOM - Domestic Employee | |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PIP | | | 0.0000 | $0.0000 | $0.00 | $1,580.00 |
| Holiday Pay | | | 0.0000 | $0.0000 | $0.00 | $172.24 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $495.74 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | | | 0.0000 | $0.0000 | $0.00 | $3,038.88 |
| PTO | 06/24/2019 | 06/30/2019 | 16.0000 | $21.5300 | $344.48 | |
| PTO | 07/01/2019 | 07/07/2019 | 40.0000 | $21.5300 | $861.20 | $2,756.28 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 06/24/2019 | 06/30/2019 | 24.0000 | $21.5300 | $516.72 | $20,918.75 |
| Term Life Ins | | | | | $0.43 | $5.59 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Catch-up | Yes | $5.00 | $70.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $86.00 | $1,121.60 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $137.79 | $2,314.64 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $10.38 | $134.94 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $58.00 | $0.00 | $0.00 |
| Dental | Yes | $15.70 | $204.10 | $0.00 | $0.00 |
| EE StkPurchase1 | No | $34.45 | $34.45 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | $156.50 | $2,034.50 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $507.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $5.59 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $88.31 | $2,097.72 |
| Employee Medicare | $22.33 | $536.46 |
| Social Security Employee Tax | $95.49 | $1,652.46 |
| PA State Income Tax | $47.27 | $818.06 |
| HORSHAM | $15.40 | $266.46 |
| HORSHAM TWP | $2.00 | $28.00 |
| PA Unemployment Employee | $1.03 | $17.41 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $955.75 |
| Total | | $955.75 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,722.83 | $1,397.46 | $261.83 | $485.25 | $955.75 |
| YTD | $29,826.14 | $24,267.96 | $5,266.59 | $7,284.82 | $17,274.73 |

# ♥aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**
Period Start Date 07/08/2019
Period End Date 07/21/2019
Pay Date 07/26/2019
Document 9692793
Net Pay $1,417.10

## Pay Details

Kelly A McIntyre
29 Holly Dr
Hatboro, PA 19040
USA

Employee Number A204688
SSN
Job Inb/Outb Queue Assoc
Pay Rate 521.5300
Pay Frequency Biweekly

Pay Group AET01
Location 460502-HORSHAM
Department 31144 - CS Precert BB Calls A
Cost Center 14163 - CS Precert NonClinical
Team 728150 - A728150
Hier Class DOM - Domestic Employee

Federal Income Tax M 0
PA State Income Tax (Residence) S 0
PA State Income Tax (Work) S 0

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PIP | | | 0.0000 | 50.0000 | $0.00 | $1,580.00 |
| Holiday Pay | | | 0.0000 | $0.0000 | $0.00 | $172.24 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $495.74 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $800.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | 07/08/2019 | 07/14/2019 | 10.3200 | $32.2950 | $333.28 | $3,422.16 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $2,756.28 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 07/08/2019 | 07/14/2019 | 40.0000 | $21.5300 | $861.20 | |
| Regular Pay | 07/15/2019 | 07/21/2019 | 40.0000 | $21.5300 | $861.20 | $22,541.15 |
| Term Life Ins | | | | | $0.43 | $6.02 |

Total Hours 90.3200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Catch-up | Yes | $5.00 | $75.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $0.00 | $1,121.60 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $164.45 | $2,478.09 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $3.66 | $138.60 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $58.00 | $0.00 | $0.00 |
| Dental | Yes | $2.60 | $206.70 | $0.00 | $0.00 |
| EE StkPurchase1 | No | $34.45 | $682.90 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $800.00 | $0.00 | $0.00 |
| Medical | Yes | ($13.50) | $2,021.00 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $546.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $6.02 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $157.86 | $2,255.60 |
| Employee Medicare | $29.92 | $416.38 |
| Social Security Employee Tax | $127.93 | $1,780.39 |
| PA State Income Tax | $63.33 | $881.39 |
| HORSHAM | $20.63 | $287.11 |
| HORSHAM TWP | $2.00 | $30.00 |
| PA Unemployment Employee | $1.23 | $18.64 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0654 | Checking | $1,417.10 |
| Total | | $1,417.10 |

## Pay Summary

| | Gross | HT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,056.11 | $1,893.90 | $402.92 | $236.09 | $1,417.10 |
| YTD | $31,862.25 | $26,161.86 | $5,669.51 | $7,520.91 | $18,691.83 |

# aetna

Aetna Resources LLC
151 Farmington Avenue
Hartford, CT 06156
800-238-6247

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/22/2019 |
| Period End Date | 08/04/2019 |
| Pay Date | 08/09/2019 |
| Document | 9736809 |
| Net Pay | $1,114.13 |

## Pay Details

| | | | |
|---|---|---|---|
| Kelly A McIntyre | Employee Number A204686 | Pay Group AET01 | Federal Income Tax  M 0 |
| 29 Holly Dr | SSN | Location 460502-HORSHAM | PA State Income Tax (Residence) S 0 |
| Hatboro, PA 19040 | Job  Inb/Outb Queue Assoc | Department 31144 - CS Precert BB Calls A | PA State Income Tax (Work) S 0 |
| USA | Pay Rate $21.5300 | Cost Center 14153 - CS Precert NonClinical | |
| | Pay Frequency Biweekly | Team 728150 - A728150 | |
| | | Hier Class DOM - Domestic Employee | |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Health PIP | | | 0.0000 | $0.0000 | $0.00 | $1,580.00 |
| Holiday Pay | | | 0.0000 | $0.0000 | $0.00 | $172.24 |
| Holiday Worked | | | 0.0000 | $0.0000 | $0.00 | $495.74 |
| HSA Employer Co | | | 0.0000 | $0.0000 | $0.00 | $600.00 |
| Overtime 1.0 | | | 0.0000 | $0.0000 | $0.00 | $21.10 |
| Overtime 1.5x | | | 0.0000 | $0.0000 | $0.00 | $3,422.16 |
| PTO | 07/22/2019 | 07/28/2019 | 16.0000 | $21.5300 | $344.48 | $3,100.76 |
| Recognition Awd | | | 0.0000 | $0.0000 | $0.00 | $87.56 |
| Regular Pay | 07/22/2019 | 07/28/2019 | 24.0000 | $21.5300 | $516.72 | |
| Regular Pay | 07/29/2019 | 08/04/2019 | 40.0000 | $21.5300 | $861.20 | $23,919.07 |
| Term Life Ins | | | | | $0.43 | $6.45 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Catch-up | Yes | $5.00 | $80.00 | $0.00 | $0.00 |
| 401k Loan2 | No | $0.00 | $1,121.60 | $0.00 | $0.00 |
| 401k Pre Tax | Yes | $137.79 | $2,616.88 | $0.00 | $0.00 |
| Aet Vision Pref | Yes | $7.02 | $145.62 | $0.00 | $0.00 |
| AetnaAAY Offset | No | $0.00 | $58.00 | $0.00 | $0.00 |
| Dental | Yes | $9.15 | $215.85 | $0.00 | $0.00 |
| EE StkPurchase1 | No | $34.45 | $103.35 | $0.00 | $0.00 |
| HSA Employer Co | No | $0.00 | $600.00 | $0.00 | $0.00 |
| Medical | Yes | $71.50 | $2,092.50 | $0.00 | $0.00 |
| Spouse TermLife | No | $39.00 | $585.00 | $0.00 | $0.00 |
| Term Life Ins | No | $0.43 | $6.45 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $109.70 | $2,365.30 |
| Employee Medicare | $23.71 | $440.09 |
| Social Security Employee Tax | $101.38 | $1,881.77 |
| PA State Income Tax | $50.19 | $931.58 |
| HORSHAM | $16.35 | $303.46 |
| HORSHAM TWP | $2.00 | $32.00 |
| PA Unemployment Employee | $1.03 | $19.67 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx0854 | Checking | $1,114.13 |
| Total | | $1,114.13 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,722.83 | $1,492.37 | $304.36 | $304.34 | $1,114.13 |
| YTD | $33,805.08 | $27,654.23 | $5,973.87 | $7,825.25 | $19,805.96 |