# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 19-15255-ELF

KELLY MCINTYRE

29 HOLLY DRIVE

HATBORO, PA 19040-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KELLY MCINTYRE

    29 HOLLY DRIVE

    HATBORO, PA 19040-

**Counsel for debtor(s), by electronic notice only.**
    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                          /s/ William C. Miller

Date: 11/4/2019

                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee