# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                : CHAPTER 13

**KELLY MCINTYRE**                                      : CASE NO. 19-15255 ELF

## DEBTOR'S REQUEST FOR PRODUCTIONS OF DOCUMENTS

Debtor through counsel request production of the following documents:

1. Copies of all invoices/bills and checks for the following:

    a. Title Report;
    b. Property Search;
    c. Tax Certification/Municipal Lien Search;
    d. Foreclosure Fees;
    e. Sheriff Deposit;
    f. Notice of Sale;
    g. Inspection Report;
    h. Mortgage;
    i. Full payment history from the beginning of the loan;

STUART A. EISENBERG, ESQUIRE

BY: _____
STUART A. EISENBERG
CAROL B. MCCULLOUGH
65 West Street Road, Suite A-204
Warminster, PA 18974