# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelly McIntyre<br><br>                   Debtor(s)<br><br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates, Series 2006-8, its successors and/or assigns<br>                   Movant<br>   vs.<br><br>Kelly McIntyre<br>                   Debtor(s)<br><br>William C. Miller Esq.<br>                   Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-15255 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates, Series 2006-8, which was filed with the Court on or about **October 16, 2019, docket number 13**.

                                                       Respectfully submitted,

                                          By: **/s/ Rebecca A. Solarz, Esquire**
                                                 Rebecca A. Solarz, Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322
                                                 Attorney for Movant/Applicant

February 27, 2020