# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 19-15255-ELF

     KELLY  MCINTYRE

     29 HOLLY DRIVE

     HATBORO, PA 19040-

          Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

     KELLY  MCINTYRE

     29 HOLLY DRIVE

     HATBORO, PA 19040-

Counsel for debtor(s), by electronic notice only.

     CAROL B MCCULLOUGH
     65 W STREET RD
     SUITE A-204
     WARMINISTER, PA 18974-

                          /S/ William C. Miller

Date: 6/7/2020               _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee