# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLANIA

IN RE:                                          :        CHAPTER 13

    KELLY MCINTYRE                          :        19-15255ELF

## AMENDED CERTIFICATE OF SERVICE

I, Carol B. McCullough, Esquire, does hereby certify that she did make service of the 4th Amended Chapter 13 Plan upon all interested parties on the 4th day of May, 2021, by first class mail postage-prepaid or by ecf filing, as follows:

Williams C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Kelly McIntyre
29 Holly Drive
Hatboro, PA 19040

Pa. Dept. of Revenue
P.O. Box 280946
Harrisburg, PA 17128

Toyota Motor Credit
P.O. Box 9013
Addison, TX 75001

Deutsche Bank National Trust Co.,
As Trustee
c/o Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

PHFA
Attn:  Iman McAllister, Asst. Counsel
211 North Front Street
 P.O. Box 8029
Harrisburg, PA 17105-8029

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101

Respectfully Submitted:

Carol B. McCullough, Esquire
Attorney for Debtor

5/28/2021