United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 19-15255-elf

Kelly McIntyre                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                Page 1 of 1

Date Rcvd: Jun 02, 2021                      Form ID: pdf900                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Kelly McIntyre, 29 Holly Drive, Hatboro, Pa 19040-1504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CAROL B. MCCULLOUGH | on behalf of Debtor Kelly McIntyre mccullougheisenberg@gmail.com  cbmccullough64@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee Et Al... bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee Et Al... bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kelly McIntyre<br><br>_____Debtor_____ | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-8, Asset-Backed Certificates, Series 2006-8<br><br>_____Movant_____ | NO. 19-15255 ELF |
| vs. | |
| Kelly McIntyre<br><br>_____Debtor_____ | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br><br>_____Trustee_____ | |

## CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

1. IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

2.  FURTHER ORDERED that as of **April 19, 2021,** the post-petition arrearage is as

follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| | | | | | | |
| 2 | Dec. 2020 | Jan. 2021 | $780.50 | $486.36 | $1,266.86 | $2,533.72 |

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| | | | | | | |
| 3 | Feb. 2021 | April 2021 | $880.43 | $486.36 | $1,366.79 | $4,100.37 |
| Less post-petition partial payments (suspense balance): ($691.83) | | | | | | |
| | | | | | | |

**Total: $5,942.26**

3.  This arrearage shall be paid as follows:

Debtor is ordered to pay the total post-petition arrearage totaling a sum of **$5,942.26** by

amending/modifying the Bankruptcy plan on or before **seven (7) within the filing of this**

**Stipulation.**

4. Regular payments in the amount of **$1,366.79** to be paid on  or before **May 1, 2021** and any  additional amount as required or allowed by the Note and Security Instrument. Payments  should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box  65450 Salt Lake City, UT 84165-0450.

5. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within **fifteen (15)** days from the date of  receipt of such notice, Movant may file a motion and affidavit of default, with service upon  Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

6. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

7. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

Dated this 19th day of April, 2021

CONSENTED TO BY:

/s/Rebecca A. Solarz, Esq.
**Rebecca A. Solarz, Esquire**
**Attorney for Movant**

*/s/ Carol B. McCullough, Esquire*
**Carol B. McCullough, Esquire**
**Attorney for Debtor**

*\* No objection to its terms, without prejudice to*
*any of our rights and remedies*

*/s/ LeRoy W. Etheridge, Esquire, for\**
**William C. Miller, Esquire**
**Chapter 13 Trustee**

# O R D E R

Approved by the Court this __1st__ day of __June_____, 2021.  However, the court retains
discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank