# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 19-15255-ELF

KELLY MCINTYRE

29 HOLLY DRIVE

HATBORO, PA 19040-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KELLY MCINTYRE

    29 HOLLY DRIVE

    HATBORO, PA 19040-

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

                         /S/ William C. Miller

Date: 8/2/2021              _____

                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee