# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15255-pmm

KELLY MCINTYRE

29 HOLLY DRIVE

HATBORO, PA 19040-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KELLY MCINTYRE

29 HOLLY DRIVE

HATBORO, PA 19040-

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH, ESQ
    YOUNG, MARR & ASSOC.
    3554 HULMEVILLE RD, STE 102
    BENSALEM,, PA 19102-

                                /S/ Kenneth E. West

Date: 9/29/2023                                _____

                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee