**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **KELLY McINTYRE** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 23-15255 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw Trustee's Motion to Dismiss case and Notice of Motion filed on February 21, 2024. Docket entry #110 and #111 only.

Respectfully submitted,

February 27, 2024

/s/ Kenneth E. West, Esq

Kenneth E. West
Chapter 13 Standing Trustee