United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15255-pmm |
| Kelly McIntyre | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kelly McIntyre, 29 Holly Drive, Hatboro, Pa 19040-1504 |
| 14377714 | | Abington Health Physicians, 1200 Old York Rd., Abington, PA 19001-3720 |
| 14377715 | | BiCounty Medical Assocs, PO Box 660827, Dallas, TX 75266-0827 |
| 14377717 | | Diagnostic Imaging Spec LLC, PO Box 371863, Pitts., PA 15250-7863 |
| 14377719 | | Foot and Ankle Specialty Ctr., 2400 Maryland Rd., Ste. 30, Willow Grove, PA 19090-1748 |
| 14377721 | | Greimley Financial Corp, 30 Washington Ave., Ste. C6, Haddonfield, NJ 08033-3341 |
| 14377722 | | Horsham Twp. Tax Collector, 1025 Horsham Rd., Horsham, PA 19044-1326 |
| 14377724 | | La Pools, 315 W. County Line Rd., Hatboro, PA 19040-1102 |
| 14406177 | #+ | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster PA 18974-3229 |
| 14377725 | + | Montgomery County Medical, 1650 Huntingdon Pike, Suite 156, Meadowbrook, PA 19046-8090 |
| 14377740 | | Suburban Ortho Specialist, 283 2nd Street Pike, Ste. 120, Southampton, PA 18966-3823 |
| 14410989 | + | Toyota Motor Credit Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 27 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14377716 | | Email/Text: amanda@cascollects.com | Mar 27 2024 00:29:00 | Capital Collections, PO Box 150, West Berlin, NJ 08091-0150 |
| 14381093 | ^ | MEBN | Mar 27 2024 00:28:34 | Deutsche Bank National Trust Company, as Trustee E, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14414494 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2024 00:29:00 | Deutsche Bank National Trust et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14377718 | ^ | MEBN | Mar 27 2024 00:28:32 | Doylestown Health, c/o Financial Recoveries, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 14448856 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 00:29:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 14381429 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:44:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14463014 | | Email/Text: blegal@phfa.org | Mar 27 2024 00:29:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14377737 | + | Email/Text: blegal@phfa.org | Mar 27 2024 00:29:00 | PHFA, 211 N. Front St., Harrisburg, PA 17101-1466 |

Case 19-15255-pmm    Doc 117    Filed 03/28/24    Entered 03/29/24 00:35:33    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 14377726 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 27 2024 00:29:00 | Peco Energy, 2301 Market St., Phila., PA 19103-1380 |
| 14384265 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14394944 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2024 00:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14377738 | ^ | MEBN | Mar 27 2024 00:28:38 | Rushmore Service Ctr., PO Box 5507, Sioux Falls, SD 57117=5507 |
| 14377739 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 27 2024 00:29:00 | SPS, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14377741 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 27 2024 00:29:00 | Toyota Motor Credit, 5005 N. River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 14410770 | ^ | MEBN | Mar 27 2024 00:28:33 | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14397248 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 27 2024 00:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Kelly McIntyre mcculloughheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company As Trustee Et Al... bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 29 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee Et Al... bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee Et Al... mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             Chapter 13
KELLY MCINTYRE

                 Debtor                            Bankruptcy No. 19-15255-pmm

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 26, 2024**

                                          _____
                                          Honorable Patricia M. Mayer
                                          Bankruptcy Judge